UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| DAVID WALRATH and HARLEY REYNOLDS, individually and on behalf of all other persons similarly situated who were employed by BASSETT HEALTHCARE NETWORK and/or any other entities affiliated with or controlled by BASSETT HEALTHCARE NETWORK,<br><br>                                             Plaintiffs,<br><br>vs.<br><br> BASSETT HEALTHCARE NETWORK, and any related entities,<br><br>                                             Defendant. | CIVIL ACTION<br><br>CASE NO:<br><br>6:21-cv-1179<br>(DNH/ATB) |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on December 12, 2022, and upon all prior papers and proceedings herein, Plaintiff by her undersigned attorneys, will move before the Honorable Judge David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 10 Broad St. Utica, NY 13501, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated:  December 12, 2022

                                                                              */s/ Frank S. Gattuso*
                                                                              Frank S. Gattuso
                                                                              GATTUSO & CIOTOLI, PLLC
                                                                              The White House
                                                                              7030 E. Genesee Street
                                                                              Fayetteville, New York 13066
                                                                              (315) 314-8000
                                                                              fgattuso@gclawoffice.com
                                                                              *Attorneys for Plaintiff Settlement Class*