UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

---

DAVID WALRATH and HARLEY REYNOLDS, individually and on behalf of all other persons similarly situated who were employed by BASSETT HEALTHCARE NETWORK and/or any other entities affiliated with or controlled by BASSETT HEALTHCARE NETWORK,

          Plaintiffs,

- against -

BASSETT HEALTHCARE NETWORK and any related entities,

          Defendants.

**NOTICE OF MOTION- UNOPPOSED**

CIVIL ACTION
CASE NO: 6:21-cv-01179 (DNH/ATB)

---

  **PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on April 17, 2023, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable David N. Hurd at the United States Courthouse for the Northern District of New York, located at 10 Broad Street, Utica, New York 13501, on May 18, 2023, for final approval of the class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: April 17, 2023

              */s/ Frank S. Gattuso*
              Frank S. Gattuso
              GATTUSO & CIOTOLI, PLLC
              The White House
              7030 E. Genesee Street
              Fayetteville, New York 13066
              (315) 314-8000
              fgattuso@gclawoffice.com
              *Attorneys for Plaintiff Settlement Class*